UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| THE BANK OF NEW YORK, | ) | Case No.: C 10-0856 PVT |
| | ) | |
| Plaintiff, | ) | **ORDER REFERRING THIS CASE TO** |
| | ) | **DISTRICT JUDGE JEFFREY S.** |
| v. | ) | **WHITE FOR CONSIDERATION OF** |
| | ) | **WHETHER CASE IS RELATED TO** |
| MARIO LOPEZ, | ) | **CASE NO. 3:09-cv-05432-JSW** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

It has come to the court's attention that this case may be related to an earlier-filed case, *Bank of New York v. Mario Lopez*, Case No. 3:09-cv-05432-JSW.[1] Both cases appear to purport to remove the same state court case (Santa Clara County Superior Court Case No. 509CV004342) to federal court. Thus, it is appropriate to consider whether these two cases are "related" such that they should be assigned to the same judge. *See* Civil L.R. 3-12(c). Therefore,

IT IS HEREBY ORDERED that this case is referred to Judge White for consideration of whether this case is related to the earlier filed case pending before him.

Dated: *3/3/10*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

***Counsel automatically notified of this filing via the court's Electronic Case Filing system.***

<u>copies mailed on</u>    *3/4/10*         to:

Mario Lopez
17361 Lake View Drive
Morgan Hill, CA  95037

                                           <u>  /s/   *Donna Kirchner*              for  </u>
                                           CORINNE LEW
                                           Courtroom Deputy